IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,                No.  02:12-cv-01787-SU

     v.

BRUCE PARKE,                          ORDER

                Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation (#39) on January 8, 2014, in which she recommends that this Court grant Plaintiff's motion for summary judgment. Defendant has timely filed objections to the Findings & Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to

1 - ORDER

modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the

record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [39].

Accordingly, Plaintiff's motion for summary judgment [23] is granted.  Plaintiff shall file a

proposed order on the injunctive relief claim within seven (7) days.

IT IS SO ORDERED.

DATED this ____2____ day of _March_, 2014.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER